

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2020

No. 04-20-00054-CV

**IN RE STATE OF TEXAS**, ex rel. Todd A. "Tadeo" Durden, County Attorney

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice

On February 12, 2020, this court denied relator's petition for writ of mandamus. On February 27, 2020, relator filed a motion requesting an extension of time in which to file a motion for rehearing and a motion for en banc reconsideration. Relator asks for twenty-five days from the date the reporter's records are filed in appellate cause number 04-20-00020-CR. The reporter's records in cause number 04-20-00020-CR are due no later than March 3, 2020.

Relator's motion is GRANTED and any motion for rehearing and/or motion for en banc reconsideration is ORDERED filed **no later than twenty-five days** from the date the reporter's records are filed in cause number 04-20-00020-CR.

When the reporter's records are filed, the Clerk of this court is directed to file the reporter's records from cause number 04-20-00020-CR into this original proceeding.

It is so **ORDERED** on March 2, 2020.

PER CURIAM

ATTESTED TO: _Michael A. Cruz_
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 4845, 4863 and 4866, styled *This proceeding arises out of Cause Nos. 4845, 4863, and 4866, pending in the 63rd Judicial District Court, Kinney County, Texas, the Honorable Sid L. Harle presiding.*, pending in the 63rd Judicial District Court, Kinney County, Texas, the Honorable Sid L. Harle presiding.